EUGENE GENDEL, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 12, 1948; decided April 22, 1948.

*Alfred J. Talley, Benjamin N. Rippe* and *Martin J. White* for appellant.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.